No. 2013-1522

_____

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT

_____

WALKER DIGITAL, LLC,

          Plaintiff-Appellant,

v.

BARNES & NOBLE, INC.,

          Defendant-Appellee.

_____

Appeal from the United States District Court for the District of Delaware
Case No. 12-141-SLR, Judge Sue L. Robinson

_____

**PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S**
**NOTICE OF ORDER ON MOTION IN THE DISTRICT COURT**

Dated: October 18, 2013

RUSS AUGUST & KABAT

Marc A. Fenster
Benjamin T. Wang
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
(310) 826-7474
mfenster@raklaw.com
bwang@raklaw.com

*Attorneys for Plaintiff-Appellant*
*Walker Digital, LLC*

1

# PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S
# NOTICE OF ORDER ON MOTION IN THE DISTRICT COURT

On September 10, 2013, Plaintiff-Appellant Walker Digital, LLC notified the Court that Defendant-Appellee's Motion for Attorneys' Fees and Dismissal with Prejudice was pending in the district court. (Doc. 21.) In its motion, Defendant-Appellee purportedly requested relief under Federal Rule of Civil Procedure 59(e). Plaintiff-Appellant Walker Digital, LLC notifies the Court that on October 16, 2013, the District Court issued an Order on Defendant-Appellee's Motion for Attorneys' Fees and Dismissal with Prejudice. (Civ. No. 12-141, Doc. 111.) The Order on Defendant-Appellee's Motion for Attorneys' Fees and Dismissal with Prejudice is attached as Exhibit A.

Dated: October 18, 2013                     RUSS AUGUST & KABAT

                                                            Marc A. Fenster
                                                            Benjamin T. Wang
                                                            12424 Wilshire Boulevard, 12th Floor
                                                           Los Angeles, California 90025
                                                           (310) 826-7474
                                                           mfenster@raklaw.com
                                                           bwang@raklaw.com

                                                           *Attorneys for Plaintiff-Appellant*
                                                           *Walker Digital, LLC*

## **CERTIFICATE OF SERVICE**

I certify that on October 18, 2013, the foregoing document, PLAINTIFF-APPELLANT WALKER DIGITAL, LLC'S NOTICE OF ORDER ON MOTION IN THE DISTRICT COURT, was served on all parties or their counsel of record via the Court's CM/ECF system at the email addresses listed below:

Philip A. Rovner
provner@potteranderson.com

POTTER ANDERSON & CORROON, LLP
1313 N. Market Street
Hercules Plaza, 6th Floor
P.O. Box 951
Wilmington, DE 19899

*Counsel for Defendant-Appellee*
*Barnes & Noble, Inc.*

                                                                         */s/ Benjamin T. Wang*
                                                                          Benjamin T. Wang